AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Mayank M. Patel<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

5:23-MJ-5035-MAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 6, 2017; Jan. 23, 2023__ in the county of __Fayette__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| § 18 U.S.C. 2251(a) | Production of Sexually Explicit Images of a Minor |
| § 18 U.S.C. 2252(a)(4)(B) | Possession of Material Depicting Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James F. Bugg, which is incorporated and made a part hereof.

☑ Continued on the attached sheet.

_____
/s/ James F. Bugg
*Complainant's signature*

James F. Bugg, Special Agent
*Printed name and title*

Transmitted by email and attested to by telephone in accordance with FRCrP 4.1.

Date: __01/27/2023__

_____
*Judge's signature*

City and state: __Lexington, Kentucky__

Matthew A. Stinnett, US Magistrate Judge
*Printed name and title*