UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
FILED

JAN 2 2 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:23-12-KKC-MAS-1

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                          COURT'S ADVICE OF RIGHT TO APPEAL

MAYANK M. PATEL                                                            DEFENDANT

** ** ** ** ** **

Criminal defendants have the right to appeal their case to the Sixth Circuit Court of Appeals, which on proper appeal will review the case and determine whether there has been an error of law. However, a defendant may waive those rights as part of a plea agreement and you have waived your right to appeal the guilty plea, conviction, and sentence. Such waivers are generally enforceable but if you believe the waiver is unenforceable, you can present that theory to the appellate court.

If you do not have sufficient funds to pay for the appeal, you have a right to apply for leave to appeal **in forma pauperis**, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal, upon request, the Clerk of the Court shall prepare and file forthwith a notice of appeal on your behalf.

This Notice of Appeal must be filed within fourteen (14) days from the date of entry of the written judgment.

If you do not have sufficient funds to employ an attorney, you may request appointment of counsel to prosecute the appeal for you.

ACKNOWLEDGMENT

The above statement has been read to me in open court and a copy furnished to me this the 2 day of January, 2024.

_____
Defendant

_____
Counsel for Defendant

Witness:

_____
Deputy Clerk