UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff**, v. MAYANK M. PATEL, **Defendant**. | CRIMINAL NO. 5:23-CR-12-KKC-MAS <br><br> **ORDER** |

*** *** ***

This matter is before the Court on defendant Mayank M. Patel's motion to vacate his sentence (R. 46) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied (R. 81).

Patel pleaded guilty to an information containing charges for production and distribution of child sexual abuse materials. The Court sentenced the defendant to a total prison term of 456 months. (R. 36 Judgment.) Patel did not appeal that sentence.

The magistrate judge has entered a recommendation that the defendant's current petition be denied. Patel has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (R. 81) is ADOPTED as the Court's opinion;

2) Patel's motion to vacate under 28 U.S.C. § 2255 (R. 46) is DENIED;

3) a certificate of appealability will not be issued, Patel having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

This 12th day of February, 2026.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**